# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CEDRIC LAMONT NEELEY,** ) | **CASE NO.  5:03CV788** |
| ) | |
| PETITIONER, ) | |
| ) | |
| v. ) | **JUDGE PETER C. ECONOMUS** |
| ) | |
| **NORMAN ROSE, WARDEN,** ) | |
| ) | |
| RESPONDENT. ) | **MEMORANDUM OPINION** |
| ) | **AND ORDER** |

On April 15, 2003, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 challenging the constitutionality of his criminal conviction.  (Dkt. #1).  This case was referred to Magistrate Judge William H. Baughman, Jr., for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and LR 72.1.  (Dkt. #7).  On February 3, 2006,  Magistrate Judge Baughman filed a report recommending that Petitioner's application for habeas corpus be dismissed with prejudice.  (Dkt. #15).  On February 16, 2006, Petitioner filed objections to this recommendation.  (Dkt. #19).

The Court has reviewed the report and recommendation of the Magistrate Judge, *de novo*.  The Court finds that the report and recommendation (Dkt. #15) is well-supported and that Petitioner's objections are without merit.  Therefore, Magistrate Judge Baughman's report and recommendation is hereby **ADOPTED** and Petitioner's objections are overruled.

Accordingly, Petitioner's Writ of Habeas Corpus is **DENIED.**  Furthermore, the

court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.  28 U.S.C. §2253(c); Fed. R. App. P. 22(b).

**IT IS SO ORDERED**.

<u>**/s/ Peter C. Economus - February 24, 2006**</u>
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**